# FEDERAL PUBLIC DEFENDER
Districts of South Dakota and North Dakota
112 Roberts Street North, Suite 200
Fargo, ND 58102

**Jason J. Tupman**                                    Telephone: (701) 239-5111
Federal Public Defender                                    Fax: (701) 239-5098

June 2, 2025

Clerk of U.S. District Court
Quentin N. Burdick U.S. Courthouse
655 – 1st Avenue North, Suite 130
Fargo, ND 58102

Re:    *U.S.A. v. Gerardo Doblado-Zuniga*
       Cr. No. 1:25-cr-119

Dear Clerk of U.S. District Court:

Our client wishes to plead guilty to Reentry of Deported Alien, in violation of 8 U.S.C. § 1326(a)(1) and be sentenced. There is no plea agreement.

Please schedule a hearing for entry of a plea and sentencing at the earliest available time.

                              Sincerely,

                              JASON J. TUPMAN
                              Federal Public Defender
                              By:


                              */s/ Rhiannon Gorham*
                              Assistant Federal Public Defender

RG/gb
cc:    Mr. David Rappenecker